Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Movant Robert Nock*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NOCK, an individual,<br><br>    Movant,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>    Respondent. | No. 3:25-mc-80322<br><br>**[PROPOSED ORDER] GRANTING MOVANT ROBERT NOCK'S MOTION TO COMPEL NON-PARTY TWILIO INC.**<br><br>Underlying Case: *Nock v. Palmco Admin., LLC*, No. 1:24-cv-00662 (D. Md.)<br><br>Judge:  Not yet set<br>Date:   Not yet set<br>Courtroom: Not yet set |

  Movant Robert Nock's ("Nock") Motion to Compel Discovery from Respondent Twilio Inc. ("Twilio") and to comply with Nock's subpoena came on as a regularly-noticed motion at the date and time set by the Court. After consideration of the parties' papers and other oral and documentary evidence, the Court finds that Nock's motion should be granted and Indra shall comply with Nock's Subpoena as set forth below.

  1. Twilio shall produce documents responsive to Requests 2 to 5, and Request 8 consistent with the motion within fifteen (15) days of this order, and clarify and amend its answers to RFAs 4, 7, and 11, consistent with the motion.

  IT IS SO ORDERED.

Date: _____

      The Honorable Judge
      United States District Court for the Northern District of California